IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE BRITTON YATES,<br><br>　　　　Plaintiff,<br>　　vs.<br><br>C. KING, et al,<br><br>　　　　Defendants.<br>_____/ | 1:10-cv-0530-SMS (PC)<br><br>ORDER TO SUBMIT SIGNED APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN THIRTY (30) DAYS<br><br>(Doc. 2) |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, plaintiff's application to proceed in forma pauperis was deficient in that it did not include plaintiff's required original signature. Each document submitted for filing must include the original signature of the filing party or parties. Local Rule 131; F.R.C.P. 11(a). Plaintiff also failed to submit a certificate from the institution of incarceration as to the sums in his prison trust account.

Accordingly, IT IS HEREBY ORDERED that:

Within thirty (30) days of the date of service of this order, plaintiff shall submit an application to proceed in forma pauperis, with plaintiff's original signature, and a certified copy of his trust account statement, or in the alternative, pay the $350.00 filing fee for this action.

///

-1-

1 | **Failure to comply with this order will result in dismissal of this action.**
2 | IT IS SO ORDERED.
3 | **Dated:     March 30, 2010**              /s/ Sandra M. Snyder
                                              UNITED STATES MAGISTRATE JUDGE

-2-