# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE BRITTON YATES, | CASE NO. 1:10-cv-00530-SKO PC |
| Plaintiff, | ORDER DISREGARDING MOTION |
| v. | (Doc. 31) |
| C. KING, et al., | |
| Defendants. | |

Plaintiff Theodore Britton Yates ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On November 30, 2010, Plaintiff filed a "motion for reammend[sic] complaint & additional violations of medical malpractice." (Doc. #31.) The same day, the Court issued an order disregarding a series of motions and other filings submitted by Plaintiff regarding his intention to amend his complaint because they were confusing. The November 30, 2010, motion appears to be similar to the motions and filings that were disregarded by the Court. The Court will, therefore, disregard this motion on the same grounds discussed in the November 30, 2010 court order.

Accordingly, it is HEREBY ORDERED that Plaintiff's November 30, 2010, motion is DISREGARDED.

IT IS SO ORDERED.

**Dated:   December 7, 2010**          **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE

1