UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE BRITTON YATES,<br><br>        Plaintiff,<br><br>   v.<br><br>C KING,<br><br>        Defendant.<br>_____/ | CASE NO. 1:10-cv-00530-SMS PC<br><br>ORDER DIRECTING DEFENDANT TO CONSENT TO OR DECLINE UNITED STATES MAGISTRATE JUDGE JURISDICTION WITHIN TEN DAYS<br><br>RESPONSE DUE IN 10 DAYS<br><br>TEN DAY DEADLINE |

Plaintiff Theodore Britton Yates ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is currently assigned only to the undersigned based on Plaintiff's consent to United States Magistrate Judge jurisdiction and Appendix A(k)(4) of the Local Rules of the Eastern District of California. Defendant King has now appeared in the action.

Therefore, Defendant shall notify the Court within **ten (10) days** from the date of service of this order whether he consents to or declines United States Magistrate Judge jurisdiction.

Based on the foregoing, it is HEREBY ORDERED that:

1. The Clerk of the Court is DIRECTED to send Defendant King a copy of the consent/decline form and the instructions for consent to Magistrate Judge jurisdiction; and

///

///

///

2. Within 10 days from the date of service of this order, Defendant King shall complete and return the Consent or Request for Reassignment form.

IT IS SO ORDERED.

**Dated:   May 4, 2011**               /s/ Sandra M. Snyder
                                       UNITED STATES MAGISTRATE JUDGE