# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE BRITTON YATES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KING, et al.,<br><br>　　　　Defendants. | 1:10-cv-00530-SMS (PC)<br><br>ORDER STRIKING PLAINTIFF'S MOTION FOR DISPOSITION OF CASE AS DUPLICATIVE<br><br>(Doc. 86)<br><br>CLERK'S OFFICE TO SEND PLAINTIFF A COPY OF CM/ECF DOCKET and DOC. 85 |

　　　　Plaintiff, Theodore Britton Yates ("Plaintiff"), is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On March 21, 2012, Plaintiff filed a "Motion for Disposition or Outcome of Case" in which he requested notice as to the disposition or outcome of this case and advice as to his options regarding appeal. (Doc. 84.) This motion was granted in part and denied in part. (Doc. 85.) When served, the order was returned as undeliverable since Plaintiff was no longer an inmate at Avenal State Prison.

　　　　On August 29, 2012, Plaintiff filed a motion for disposition of the case which duplicates the motion which he filed on March 21, 2012. (Doc. 86.) In this motion, Plaintiff indicates that he is "once again in the custody of the Stanislaus County Sheriff in Modesto, California." (Id.) However, this comment does not suffice as a notice of change of address. Plaintiff has not complied with his duties

/ / /

/ / /

/ / /

1

as a litigant to update his address with the Court[1] -- the docket reflects his residence as Avenal State Prison. The prior order on Plaintiff's first motion for disposition was returned as undeliverable. As a courtesy, the Court is directing the Clerk's Office to send a copy of this order to Plaintiff at the Stanislaus County Jail.

Accordingly, IT IS HEREBY ORDERED THAT, Plaintiff's motion for disposition of case, filed August 29, 2012 (Doc. 86), is HEREBY STRICKEN as duplicative and the Clerk's Office is directed to print copies of the docket on CM/ECF along with copies of the Order which issued on August 22, 2012 (Doc. 85) and serve them with this order on Plaintiff both at Avenal State Prison and at the Stanislaus County Jail.[2]

IT IS SO ORDERED.

**Dated:   January 2, 2013**                    /s/ Sandra M. Snyder
                                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] A pro se plaintiff has an affirmative duty to keep the court and opposing parties apprised of his or her address. Local Rule 182(f). If the plaintiff moves and fails to file a notice of change of address, service of court orders at the plaintiff's prior address shall constitute effective notice. Id.

[2] The address for the Stanislaus County Jail is 1115 H. Street, Modesto, CA 95354.

2