# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE BRITTON YATES,<br><br>                     Plaintiff,<br><br>     v.<br><br>C. KING, et al.,<br><br>                     Defendants. | Case No. 1:10-CV-00530-SMS  PC<br><br>ORDER STRIKING CLOSED CASE NUMBER AND DIRECTING CLERK TO OPEN NEW CASE<br><br>(Doc. 90) |

On December 12, 2013, the Court denied Plaintiff's motion to file an amended complaint in this old case and to add a new claim, directing Plaintiff to initiate a new case by filing a new complaint. Doc. 89. On April 4, 2013, Plaintiff submitted a new complaint, but designated it with the above-captioned closed case number. Doc. 90. As a result, the Clerk lodged the complaint in the closed case.

Since this complaint is intended to open a new case, the Court STRIKES the case number "1:10-cv-00530-SMS" from the complaint presently lodged as Document 90 in the above-captioned case. The Clerk of Court is directed to open a new case and to assign a new case number to the complaint.

IT IS SO ORDERED.

  Dated:   **April 8, 2014**                             **/s/ Sandra M. Snyder**
                                                      UNITED STATES MAGISTRATE JUDGE

1